Audra L. Thompson (SBN 218479)
DUANE MORRIS LLP
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
Email: AThompson@duanemorris.com

Steven Cowley (*Pro Hac Vice* to be submitted)
R. Terry Parker (*Pro Hac Vice* to be submitted)
100 High Street, Suite 2400
Boston, MA 02110-1724
Tel.: (857) 488-4277
Fax: (212) 692-1020
Email: SMCowley@duanemorris.com
Email: TParker@duanemorris.com

*Attorneys for Plaintiff John Durant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**(WESTERN DIVISION)**

| | |
|---|---|
| JOHN DURANT,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT CHILDREN'S MEDICAL GROUP AT MISSION, INC.<br><br>Defendant. | CASE NO.: |

**COMPLAINT AND JURY DEMAND**

Plaintiff, John Durant ("Plaintiff"), by his undersigned attorneys, Duane Morris LLP, for his Complaint alleges as follows:

**SUBSTANCE OF THE ACTION**

1. This is a case of willful copyright infringement in violation of 17 U.S.C. §§ 106(1) and 501. Plaintiff seeks compensatory and statutory damages in an amount to be established at trial.

**PARTIES**

2. Plaintiff John Durant is an individual doing business as John Durant Photographer, with an office address at 3421 Tripp Court, Studio 4, San Diego, California 92121.

3. Upon information and belief, defendant Newport Children's Medical Group at Mission, Inc. ("Defendant") is a company incorporated in California and has a principal place of business at 26800 Crown Valley Parkway, Suite 460 Mission Viejo, California.

**JURISDICTION AND VENUE**

4. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States, and therefore this Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question jurisdiction), and 28 U.S.C. § 1338)(a) (jurisdiction over copyright actions).

5. Personal jurisdiction over Defendant is proper. Defendant is conducting business in this District and committing torts in this State, including without limitation Defendant's copyright infringement, which causes harm in this State and District.

6. Pursuant to 28 U.S.C. § 1391, venue properly lies in this Court because a substantial part of the events giving rise to the claims herein occurred in this Judicial District.

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

A. Plaintiff's Business

7. Plaintiff is a professional photographer in California and, through his business John Durant Photographer, creates and licenses photographic images for various uses.

8. Plaintiff is particularly renowned for his editorial and commercial photographs of architecture and design and is highly sought after by magazines and famous architectural and design firms. Among the many stunning photographs created by Plaintiff, Plaintiff is the original author of a photographic image of the Mission Medial Plaza building, the photographic work that is at issue in this case (the "Copyrighted Work").

9. Plaintiff is the exclusive owner of the copyrights in and to the Copyrighted Work. Attached hereto as Exhibit A is a copy of the Copyrighted Work.

10. Plaintiff has obtained the following registration with the United States Copyright Office for the Copyright Work: VAu 1-118-623. Attached hereto as Exhibit B is a copy of the registration with the United States Copyright Office of the Copyrighted Work.

11. Plaintiff owns all rights, title, and interest, including copyrights, in and to the Copyrighted Work.

B. Defendant's Unlawful Activities

12. Upon information and belief, Defendant is a business that sells pediatric medical services.

13. Upon information and belief, Defendant promotes and advertises its services at the website located at the URL:

- http://www.newportchildrenatmission.com.

14. Plaintiff discovered instances in which Defendant was infringing Plaintiff's exclusive copyrights in the Copyrighted Work by reproducing, distributing, and publicly displaying the Copyrighted Work to promote Defendant's services at websites located at the following URLs:

- http://www.newportchildrenatmission.com/images/Mission%20Medical%20Plaza.jpg; and
- http://www.newportchildrenatmission.com/locations.html.

15. Defendant's reproduction, distribution, and public display of the Copyrighted Work is without Plaintiff's permission. Copies of screenshots demonstrating Defendant's unauthorized use ("Infringing Works") are attached hereto as Exhibit C.

**CLAIM FOR RELIEF**

**DIRECT COPYRIGHT INFRINGEMENT**

**(17 U.S.C. § 101 *et seq.*)**

16. Plaintiff realleges paragraphs 1 through 15 above and incorporates them by reference as if fully set forth herein.

17. The Copyrighted Work is an original work of authorship, embodying copyrightable subject matter, subject to the full protection of the United States copyright laws. Plaintiff exclusively owns all rights, title and interest in and to the copyrights in the Copyrighted Work.

18. Upon information and belief, as a result of Plaintiff's reproduction, distribution and public display of the Copyrighted Work, Defendant had access to the Copyrighted Work prior to the creation of the Infringing Works.

19. By its actions, as alleged above, Defendant has infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. §501 *et seq*., by reproducing, distributing and publicly displaying the Infringing Works.

20. Upon information and belief, Defendant's infringement of Plaintiff's copyrights is willful and deliberate and Defendant has profited at the expense of the Plaintiff.

21. As a direct and proximate result of Defendant's infringement of Plaintiff's copyrights and exclusive rights in the Copyrighted Work, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each infringing reproduction, each infringing distribution, and each infringing public display, or such other amounts as may be proper under 17 U.S.C. § 504(c).

22. Plaintiff is entitled to his costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

23. Defendant's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff, unless enjoined by this Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

WHEREFORE, Plaintiff demands judgment in his favor as follows:

1. A declaration that Defendant has infringed Plaintiff's copyrights under the Copyright Act;

2. A declaration that such infringement is willful;

3. An award of such statutory damages as the Court shall deem proper, as provided in 17 U.S.C. §§ 504(c), including damages for willful infringement of up to $150,000 for each copyright infringement;

4. An award of such exemplary and punitive damages as the Court finds appropriate to deter any future willful infringement;

5. An award of Plaintiff's costs and disbursements incurred in this action, including his reasonable attorneys' fees, as provided in 17 U.S.C. §§ 505 and 15 U.S.C. § 1117;

6. An award of interest, including pre-judgment interest, on the foregoing sums;

7. A permanent injunction enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to copy, distribute, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop or manufacture any works derived or copied from the Plaintiffs' Copyrighted Work or to participate or assist in any such activity; and

8. For such other and further relief as the Court may deem just and proper.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury pursuant to Fed. R. Civ. P. 38.

Dated: July 13, 2015

DUANE MORRIS LLP

By: /s/ Audra L. Thompson
Audra L. Thompson
Steven Cowley (*Pro Hac Vice* to be submitted)
R. Terry Parker (*Pro Hac Vice* to be submitted)
*Attorneys for Plaintiff John Durant*

# Exhibit A

26800

# Exhibit B

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
VAu 1-118-623

**Effective date of registration:**
October 5, 2012

## Title

**Title of Work:** 3rd Quarter 2012

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** John J. Durant

**Author Created:** photograph(s)

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1953

## Copyright claimant

**Copyright Claimant:** John J. Durant

3421 Tripp Ct., #4, San Diego, CA, 92121, United States

## Rights and Permissions

**Organization Name:** John Durant Photographer

**Name:** John J. Durant

**Email:** jd@johndurant.com **Telephone:** 858-481-5111

**Address:** 3421 Tripp Ct., #4

San Diego, CA 92121 United States

## Certification

**Name:** John Durant

**Date:** October 5, 2012

# Exhibit C



rens Medical Group at Mission - Pediatrics Mission Viejo, CA - Mozilla Firefox

Ne... ×

ortchildrenatmission.com/locations.html

Search

Home | About Us | Locations | Services | Newborn Care Class | Awards and Testimonials | New Patients | Contact Us | Schedule an Appointment

Newport Children's @ Mission Medical Group

(949) 364-8700

Search

- Child Health Topics
- Center for Disease Control and Prevention
- Breast Feeding
- Immunizations
- Car Seat Recommendations
- Product Recalls
- Traveling with Children

healthychildren.org Powered by pediatricians. Trusted by parents. learn more ▸

Our Locations

## Pediatrician Mission Viejo and Newport Beach, CA

Our courteous office staff works hard to ensure patient comfort and convenience. To help you better understand our office operations, we have included the information you need about our hours, locations, appointments, insurance acceptance and billing below.

Newport Childrens Medical Group at Mission
26800 Crown Valley Parkway
Suite 460
Mission Viejo, CA 92691
(949) 364-8700

**Office Hours**

| | |
|---|---|
| Monday: | 08:00 AM - 05:00 PM |
| Tuesday: | 08:00 AM - 05:00 PM |
| Wednesday: | 08:00 AM - 05:00 PM |
| Thursday: | 08:00 AM - 05:00 PM |
| Friday: | 08:00 AM - 05:00 PM |
| Saturday: | Closed |
| Sunday: | Closed |

Exhibit C - Page 8

**After Hours, Weekends and Holidays Office**
Newport Childrens Medical Group
1401 Avocado Street
Suite 802

Find Us

Screenshot: 24 Apr 2015 00:09:37 Display Size: 243x169px



G Image, 1600 × 1067 pixels) - Scaled (74%) - Mozilla Firefox

Pla... ×

hildrenatmission.com/images/Mission Medical Plaza.jpg

Search

Exhibit C - Page 9

Screenshot: 24 Apr 2015 00:09:25

Screenshot: 24 Apr 2015 00:09:25