Daniel M. Cislo, Esq., No. 125,378
 dan@cislo.com
Peter S. Veregge, Esq., No. 155,769
 pveregge@cislo.com
CISLO & THOMAS LLP
12100 Wilshire Blvd., Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Telefax: (310) 394-4477

*Attorneys for Defendant*
*Newport Children's Medical Group at Mission, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION)

| | |
|---|---|
| JOHN DURANT<br><br>  Plaintiff,<br><br>  vs.<br><br>NEWPORT CHILDREN'S MEDICAL GROUP AT MISSION, INC.<br><br>  Defendant. | CASE NO.: 8:15-cv-01102 DOC (DFM)<br><br>**Order to Extend Time to Respond to Initial Complaint [12]**<br><br>Complaint Served:   July 13, 2015<br>Current Response Date: July 30, 2015<br>New Response Date:   Sept. 4, 2015 |

1

Pursuant to the Parties' stipulation dated August 24, 2015, and for good cause shown,

IT IS HEREBY ORDERED THAT the Defendant in this matter, Newport Children's Medical Group at Mission, Inc., shall have until September 4, 2015 to respond to the initial complaint in this matter.

Date: August 25, 2015

_David O. Carter_

Hon. David O. Carter
United States District Judge

C:\Users\Peter\Documents\Newport Children's\Proposed Order to Extend Time.docx